FILED
CHARLOTTE, N. C.
MAY 2 2 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: ) MISC. NO. 3:06mj106
)
)
SEARCH WARRANT ) <u>ORDER SEALING SEARCH WARRANTS,</u>
) <u>AFFIDAVITS AND APPLICATIONS</u>

UPON MOTION of the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Search Warrants, Affidavits, and Applications, the Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter and to protect the personal privacy information contained in the accompanying affidavit, until further order of this Court,

**IT IS HEREBY ORDERED** that the Search Warrants, Affidavits, and Applications, the Motion to Seal and this Order be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of May, 2005.

_____
CARL HORN
UNITED STATES MAGISTRATE JUDGE