FILED
CHARLOTTE, N. C.

MAY 23 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | DOCKET NO. 3:06MJ106 |
| | ) | |
| SEARCH WARRANT | ) | ORDER TO UNSEAL |
| | ) | SEARCH WARRANT |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an Order directing that the Search Warrants in this case be unsealed, and,

IT APPEARING to the Court that the reasons for keeping said Search Warrant sealed no longer exist, *although the Applications and Affidavits shall remain sealed*.

NOW, THEREFORE, IT IS ORDERED that said Search Warrants be UNSEALED.

This the 23rd day of May, 2006.

*/s/ Carl Horn, III*
CARL HORN
UNITED STATES MAGISTRATE JUDGE